# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANK BROOKS

NO. 2019 KW 1174

NOV 25 2019

---

In Re:   Frank Brooks, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-16-0343.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** <u>See</u> **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT